John J. Balitis (011801)
Robert N. Mann (015892)
**APRIO LEGAL**
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ 85254
John.Balitis@Aprio.com
Robert.Mann@Aprio.com
docket@aprio.com
(602) 606-9300
*Attorneys for Defendant Sage Counseling, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Mayank Prasad**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**Sage Counseling, Inc.**, an Arizona corporation; **Justin Schans**, in his individual capacity; **Stephanie Hobson**, in her individual capacity; and **Corine Wagoner**, in her individual capacity,<br><br>Defendants. | Case No.: CV-26-4198-PHX-SPL<br><br>**SAGE COUNSELING, INC.'S SEPARATE NOTICE FOR EXPEDITED CONSIDERATION**<br><br>**(FOR CONDITIONAL REQUEST FOR RULE 16 CONFERENCE AND RELATED RELIEF [Doc. 23])** |

On September 1, 2026, Sage Counseling, Inc. ("Sage") filed a conditional request for a *Fed. R. Civ. P.* ("Rule") 16 status conference (Doc. 23). Although Sage sought expedited consideration by way of a notation under the caption, that did not comply with the Court's standing Order (Doc. 11) requiring such requests be made through a separate filing. This filing corrects that omission.

There has been pending for only approximately one month a fully briefed Motion to Dismiss. (Reply in Support of Motion to Dismiss, Doc. 17). Nevertheless, Plaintiff has bombarded the Court with multiple irrelevant and often inaccurate and contradictory

filings. As of yesterday there were 27 filings totaling hundreds of pages, with more on the way. So consistent with Rule 16, and in furtherance thereof, Defendant seek expedited consideration of the Conditional Request for Rule 16 Conference and Related Relief (Doc. 23).

DATED: September 22, 2026.

**APRIO LEGAL**

By: */s/ John J. Balitis*
John J. Balitis
Robert N. Mann
*Attorneys for Defendant Sage Counseling, Inc.*

## Certificate of Service

I certify that on this 22nd day of September 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system. I have also transmitted the attached document to the following by email and First-Class Mail to:

Mayank Prasad
3100 S. Dakota Place
Chandler, AZ 85248
Email: mpfreellc@gmail.com
*Plaintiff Pro Per*

*/s/ Julia Kupis*